

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Elijah Decole Woods, Appellant

No. 06-16-00227-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 26908). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment and sentence of the trial court.

      We note that the appellant, Elijah Decole Woods, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 16, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk